**SEDGWICK LLP**
BRUCE D. CELEBREZZE, SBN 102181
bruce.celebrezze@sedgwicklaw.com
NICHOLAS J. BOOS, SBN 233399
nicholas.boos@sedgwicklaw.com
JASON J. CHORLEY SBN 263225
jason.chorley@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, California 94104
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
SAFECO INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ANH HUNG HUYNH, | CASE NO. CV12-01574 PSG |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE |
| v. | |
| SAFECO INSURANCE COMPANY OF AMERICA, a corporation, and DOES 1 TO 25. | Date:    April 24, 2012<br>Time:    2:00 p.m.<br>Judge:   Magistrate Judge Paul S. Grewal |
| Defendant. | |

IT IS HEREBY ORDERED that counsel for Safeco Insurance Company of America may appear telephonically at the April 24, 2012 case management conference. Defendant's counsel is instructed to contact CourtCall at 866-582-6878 to arrange for a telephonic appearance.

DATED: April 23, 2012

_____
Magistrate Judge Paul S. Grewal