UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANH HUNG HUYNH,<br><br>　　　　　Plaintiff,<br>　v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Defendant.<br>_____ | Case No.: C 12-01574 PSG<br><br>**CASE MANAGEMENT ORDER** |

On April 24, 2012, the parties appeared before Magistrate Judge Paul S. Grewal for a case management conference. Based on the parties' Joint Case Management Statement and the discussions held at the case management conference,

IT IS HEREBY ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure apply.

IT IS FURTHER ORDERED that the parties shall participate in Early Neutral Evaluation. The parties shall promptly contact the court's ADR department to make the appropriate arrangements.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

Case No.: C 12-01574 PSG
CASE MANAGEMENT ORDER

| | |
|---|---|
| Fact Discovery Cutoff | November 16, 2012 |
| Designation of Opening Experts with Reports | November 26, 2012 |
| Designation of Rebuttal Experts with Reports | December 21, 2012 |
| Expert Discovery Cutoff | January 18, 2013 |
| Deadline(s) for Filing Discovery Motions | *See* Civil Local Rule 37-3 |
| Last Day for Dispositive Motion Hearing[1] | 10:00 a.m. on January 29, 2013 |
| Final Pretrial Conference | 2:00 p.m. on February 12, 2013 |
| Trial | 9:30 a.m. on February 25, 2013 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Paul S. Grewal (Dec. 2010), a copy of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint Pretrial Statement, and all other pretrial submissions.

Dated: 4/24/2012

*/s/ Paul S. Grewal*
PAUL S. GREWAL
United States Magistrate Judge

---

[1] This is the last date for *hearing* dispositive motions. Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

[2] A copy of Judge Grewal's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Grewal's name, then on the link for "Magistrate Judge Grewal's Standing Orders," and finally on the link for "Judge Grewal's Civil Standing Order."

Case No.: C 12-01574 PSG
CASE MANAGEMENT ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No.: C 12-01574 PSG
CASE MANAGEMENT ORDER