1  **SEDGWICK LLP**
   BRUCE D. CELEBREZZE, SBN 102181
2  bruce.celebrezze@sedgwicklaw.com
   NICHOLAS J. BOOS, SBN 233399
3  nicholas.boos@sedgwicklaw.com
   JASON J. CHORLEY, SBN 263225
4  jason.chorley@sedgwicklaw.com
   333 Bush Street, 30th Floor
5  San Francisco, California 94104
   Telephone: (415) 781-7900
6  Facsimile: (415) 781-2635

7  Attorneys for Defendant
   SAFECO INSURANCE COMPANY OF AMERICA
8

9                 UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

| ANH HUNG HUYNH, | CASE NO. CV-12-01574-PSG |
|---|---|
| Plaintiff, | **[PROPOSED] AMENDED ORDER GRANTING SAFECO INSURANCE COMPANY OF AMERICA'S MOTION TO ENLARGE TIME FOR DISCOVERY CUTOFF AND TO AMEND CERTAIN DATES SET FORTH IN THE APRIL 25, 2012 CASE MANAGEMENT ORDER [ECF NO. 16]** |
| v. | |
| SAFECO INSURANCE COMPANY OF AMERICA, a corporation, and DOES 1 TO 25. | |
| Defendant. | |

   Defendant Safeco Insurance Company of America's ("Safeco") motion to enlarge time for discovery cutoff and to amend certain dates set forth in the April 25, 2012 case management order [ecf no. 16] came before the Honorable Paul Singh Grewal without oral argument. The Court, having read all the papers filed by the parties and having considered the arguments presented therein, hereby GRANTS Safeco's motion to enlarge time for discovery cutoff and to amend certain dates set forth in the April 25, 2012 case management order [ecf no. 16].

   IT IS HEREBY ORDERED that the schedule set forth in the April 25, 2012 Case Management Order is amended as follows:

   Fact Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . January 18, 2013

   Designation of Opening Experts with Reports . . . . . . . . . . . . . . . . . . . . . December 3, 2012

   Designation of Rebuttal Experts with Reports . . . . . . . . . . . . . . . . . . . . December 28, 2012

1      Expert Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . January 18, 2013

2      Deadline(s) for Filing Discovery Motions . . . . . . . . . . . . . . . . . . See Civil Local Rule 37-3

3      Last Day for Dispositive Motion Hearing . . . . . . . . . . . . . . 10:00 a.m. on January 29, 2013

4      Final Pretrial Conference . . . . . . . . . . . . . . . . . . . . . . . . . . . 2:00 p.m. on February 12, 2013

5      Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9:30 a.m. on February 25, 2013

6      IT IS SO ORDERED.

7

8      DATED: December 3, 2012                 _____
9                                                   HON. PAUL SINGH GREWAL