1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ANH HUNG HUYNH, | ) | Case No.: C 12-01574 PSG |
|---|---|---|
| Plaintiff, | ) | **ORDER TO SHOW CAUSE** |
| v. | ) | |
| | ) | **(Re: Docket No. 35)** |
| SAFECO INSURANCE COMPANY OF AMERICA, a corporation, and DOES 1 TO 25, | ) ) ) | |
| Defendants. | ) ) | |

17
18
19
20
21
22
23

The court has been advised that the parties have reached a settlement of all claims and are in the process of finalizing a written settlement agreement. As stated in their notice of settlement on January 14, 2013, the parties shall file a stipulation for dismissal within thirty days of their notice. If a stipulation of dismissal of this action is not filed by that date, the parties shall appear before the court on Tuesday, February 26, 2013 at 2 p.m. to show cause why the case should not be dismissed.

24

IT IS SO ORDERED.

25
26
27
28

Dated: January 16, 2013

*[signature]*

PAUL S. GREWAL
United States Magistrate Judge

1

Case No.: 12-01574 PSG
ORDER