UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANH HUNG HUYNH,<br><br>                Plaintiff,<br>     v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a corporation, and DOES 1 TO 25,<br><br>                Defendants. | Case No.: C 12-01574 PSG<br><br>**ORDER TO SHOW CAUSE**<br><br>**(Re: Docket No. 35)** |

The court has been advised that the parties have reached a settlement of all claims and are in the process of finalizing a written settlement agreement. As stated in their notice of settlement on January 14, 2013, the parties shall file a stipulation for dismissal within thirty days of their notice. If a stipulation of dismissal of this action is not filed by that date, the parties shall appear before the court on Tuesday, February 26, 2013 at 2 p.m. to show cause why the case should not be dismissed.

IT IS SO ORDERED.

Dated: January 16, 2013

                                        PAUL S. GREWAL
                                        United States Magistrate Judge

Case No.: 12-01574 PSG
ORDER